IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:08-cv-110

| | |
|---|---|
| SPEEDING GLOBAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> T2 INTERNATIONAL, LLC, a Missouri limited liability company, <br> TARA YOUNGBLOOD, individually, and <br> TODD YOUNGBLOOD, individually. <br><br> Defendants. | **T2 INTERNATIONAL'S RULE 41(a) VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Defendant, T2 International, LLC ("T2 International"), by and through undersigned counsel, and states as follows:

1. Defendant filed an Amended Answer and Counterclaims in this action on March 20, 2009;

2. Plaintiff has not filed an Answer to Defendant's Counterclaims; and

3. Plaintiff has not filed a Motion for Summary Judgment on Defendant's counterclaims.

THEREFORE, Defendant T2 International, LLC, hereby voluntarily dismisses Defendant's first, second, third, fourth, fifth, ninth, tenth and eleventh counterclaims, without prejudice.

1

This the 1st day of June, 2009.

        **s/ Amy R. Worley**
        Amy R. Worley
        N.C. State Bar No. 28321
        Mark W. Kinghorn
        N.C. State Bar No. 28623
        MCGUIREWOODS, LLP
        100 North Tryon Street, Suite 2900
        Charlotte, North Carolina 28202
        Telephone: (704) 373-8999
        Facsimile: (704) 373-8935

        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed the foregoing **T2 INTERNATIONAL'S RULE 41(a) VOLUNTARY DISMISSAL WITHOUT PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John W. Bowers
jbowers@horacktalley.com

Roxanne Matthews Lucy
rlucy@horacktalley.com

                                            **s/ Amy R. Worley**
                                            Amy R. Worley
                                            N.C. State Bar No. 28321
                                            MCGUIREWOODS, LLP
                                            100 North Tryon Street, Suite 2900
                                            Charlotte, North Carolina 28202
                                            Telephone: (704) 373-8999
                                            Facsimile:  (704) 373-8935

                                            *Attorneys for Defendants*