# United States District Court
# For The Western District of North Carolina
# Statesville Division

SPEEDING GLOBAL CORP.,

    Plaintiff(s),

vs.

T2 INTERNATIONAL, LLC, ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:08CV110

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2012 Order.

Signed: September 28, 2012

Frank G. Johns, Clerk
United States District Court